# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

MARIA RIOS, on her behalf and
on behalf of her minor son D.R.,

        Plaintiffs,

vs.                                                        CIV 08-1213 JCH/GBW

DONA ANA COUNTY, LINDELL WRIGHT,
an investigator working for the Dona Ana County
Sheriff's Department, and MARVIN FIELDER,

        Defendants.

## <u>INITIAL SCHEDULING ORDER</u>

This cause is assigned to me for scheduling, case management, discovery and other

non-dispositive motions.  The Federal Rules of Civil Procedure, as amended, as well as the

Local Rules of the Court will apply to this lawsuit.

The parties, appearing through counsel or *pro se*, will "meet and confer" no later

than Friday, June 4, 2009, to formulate a provisional discovery plan.  FED. R. CIV. P. 26(f).

The time allowed for discovery is generally 120 to 150 days.  The parties will cooperate in

preparing a *Joint Status Report and Provisional Discovery Plan ("JSR")* which follows the

sample JSR available at the Court's web site.[1]  The blanks for suggested/proposed dates are

---

[1] Pursuant to Administrative Order No. 06-173, the JSR replaces and supersedes the Provisional Discovery Plan and the Initial Pretrial Report, effective January 2, 2007.  Please visit the Court's web site, www.nmcourt.fed.us to download the standardized *Joint Status Report and Provisional Discovery Plan* form.

to be filled in by the parties.  Actual dates will be promulgated by order of the court shortly after entry of the JSR.  Plaintiff, or Defendant in removed cases, is responsible for filing the JSR by Thursday, June 10, 2009.

Good cause must be shown and the Court's express and written approval obtained for any modification of the dates in the scheduling order that issue from the JSR.

Initial disclosures under FED. R. CIV. P. 26(a)(1) shall be made within fourteen (14) days of the meet-and-confer session.

A Rule 16 scheduling conference will be conducted by telephone **on Thursday, June 17, 2009, at 9:30 a.m.**  One of my law clerks will initiate the call to Joseph P. Kennedy and Shannon L. Kennedy at 505-244-1400 and Kevin M. Brown at 505-292-9676 and Robert F. Turner at 575-544-4306.  Please contact my chambers at 575-528-1460 if you wish to be contacted at a different telephone number.

At the Rule 16 scheduling conference, counsel will be prepared to discuss discovery needs and scheduling, all claims and defenses, the use of scientific evidence and whether a *Daubert*[2] hearing is needed, initial disclosures, and the time of expert disclosures and reports under FED. R. CIV. P. 26(a)(2).  We will also discuss settlement prospects and alternative dispute resolution possibilities and consideration of consent pursuant to 28 U.S.C. § 636(c).  Client attendance is not required.  If service on all parties is not complete, plaintiff(s), whether appearing through counsel or *pro se*, is (are) responsible for notifying

---

[2] *Daubert v. Merrell Dow Pharmaceuticals*, 509 U. S. 579 (1993).

all parties of the content of this order.

Pre-trial practice in this cause shall be in accordance with the foregoing.

GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE