IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARIO RIOS, on her behalf and
on behalf of her minor son, D.R.,

      Plaintiffs,

v.                                         CV 08-1213 JCH/GBW

DONA ANA COUNTY,
LINDELL WRIGHT,
BRENT EMMANUEL,
SUSAN RIEDEL and
JAMES DICKENS,

      Defendants.

## ORDER DENYING MOTION TO QUASH SUBPOENAS
## AND FOR PROTECTIVE ORDER

THIS MATTER is before the Court on Motion to Quash Subpoenas and for Protective Order filed by Interested Parties on November 9, 2009. Since the filing of the Motion, the Interested Parties have become Defendants pursuant to the consolidation of this case with Case No. 10-CV-00023 BB/CEG. At a status conference held on February 2, 2010, all counsel agreed that this Motion had been rendered moot by the consolidation and by subsequent cooperation of the parties. While some disputes over documents requested by the contested subpoena remain, a new motion will be filed if those disputes prove

unresolvable.

    IT IS HEREBY ORDERED that the Motion to Quash Subpoenas and for Protective Order (Doc. 50) is denied as moot.

                                         GREGORY B. WORMUTH
                                     UNITED STATES MAGISTRATE JUDGE